NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 22-7036

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

KENNETH DICKERSON,
Appellant,

v.

DISTRICT OF COLUMBIA,
Appellee.

ON APPEAL FROM A JUDGMENT OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**APPELLEE THE DISTRICT OF COLUMBIA'S CERTIFICATE AS TO THE PARTIES, RULINGS, AND RELATED CASES**

Appellee the District of Columbia furnishes the following information about this case pursuant to D.C. Cir. R. 28(a)(1):

A.   *Parties and amici*.—Plaintiff-appellant is Kenneth Dickerson.[1]

---

[1] In addition to Mr. Dickerson, there were 21 other plaintiffs below: Wilma Gaines, Janette Johns-Gibson, Mary Q. Grant, Charles Harden, Jr., Carol Barbour, Willie Bennett, Reginald Burke, Donna Edwards, Reginald B. Elliott, Lynne Gober, Sandra Gonzalez, Marta Guzman, Harriet Kargbo, Treva Lindsay, Barbara McElwain, Richard Patterson, Andre Roach, Greg Thomas, Gloria Tisdale, Wellington Wilder, and Jacqueline Williams. These plaintiffs either voluntarily dismissed their claims or were dismissed by the district court. ECF Record Document ("RD") 65, 69; 1/22/2018 Minute Entry.

Defendant-appellee is the District of Columbia.[2] No intervenors or amici appeared below or have appeared, thus far, in this Court.

  B. *Rulings under review.*—Mr. Dickerson has appealed the order granting the District's motion for summary judgment, entered by U.S. District Judge Paul L. Friedman on March 3, 2022.

  C. *Related cases.*—This case was originally filed in the Superior Court of the District of Columbia as *Dickerson v. District of Columbia*, No. 2009 CA 004756 B (D.C. Super. Ct.), after which the District removed the case to the district court. It has not been before this Court previously, and the District is unaware of any related case.

---

[2] Former Mayor Adrienne Fenty and former District of Columbia Public Schools Chancellor Michelle Rhee were initially named as other defendants. The district court dismissed the claims against them as alleged in Mr. Dickerson's third amended complaint, and he did not re-name them as defendants in his operative fourth amended complaint. RD 46, 73.

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CAROLINE S. VAN ZILE
Solicitor General

ASHWIN P. PHATAK
Principal Deputy Solicitor General

/s/ Stacy L. Anderson
STACY L. ANDERSON
Senior Assistant Attorney General
Bar Number 475805
Office of the Solicitor General

Office of the Attorney General
400 6th Street, NW, Suite 8100
Washington, D.C. 20001
(202) 724-6625
(202) 741-5922 (fax)
stacy.anderson2@dc.gov

May 2022