# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 22-7036
2. DATE DOCKETED: 03/31/2022
3. CASE NAME (lead parties only) Kenneth Dickerson v. District of Columbia
4. TYPE OF CASE: [X] District Ct - [ ] US Civil [ ] Private Civil [ ] Criminal [ ] Bankruptcy
   [ ] Bankruptcy - if direct from Bankruptcy Court [ ] Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? [ ] Yes [X] No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.
      Civil Action 1:09-cv-02213-PLF
      Criminal
      Miscellaneous
      Bankruptcy Court Docket No.
      Bankruptcy
      Adversary
      Ancillary
      Tax Court Docket No.
      Tax
   b. Review is sought of:
      [X] Final Order [ ] Interlocutory Order appealable as of right [ ] Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge _____ Magistrate Judge Paul L. Friedman
   d. Date of order(s) appealed (use date docketed): 03/3/2022
   e. Date notice of appeal filed: 03/31/2022
   f. Has any other notice of appeal been filed in this case? [ ] Yes [X] No   If YES, date filed:
   g. Are any motions currently pending in trial court? [ ] Yes [X] No   If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)? [ ] Yes [X] No
      If NO, why not? No transcript are necessary for this appeal.
   i. Has this case been before the Court under another appeal number? [ ] Yes Appeal # _____ [X] No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      [ ] Yes [X] No If YES, give each case's court and case name, and docket number:
   k. Does this case turn on validity or correct interpretation or application of a statute? [X] Yes [ ] No
      If YES, give popular name and citation of statute 42 USA Section 1981
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? [ ] Yes [X] No   If so, provide program name and participation dates

Signature /s/ _____ Date 04/28/2022
Name of Party Kenneth Dickerson
Name of Counsel for Appellant/Petitioner Donald M. Temple, Esq.
Address 1310 L Street, N.W. #750 Washington, DC 20005
Phone ( 202 ) 628-1101    Fax ( 202 ) 217-2774

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)