In The United States Court Of Appeals
FOR THE DISTRICT OF COLUMBIA

Case No. 22-7036

Kenneth Dickerson,

    Appellant

    v.

District of Columbia,

    Appellee

## APPELLANT'S STATEMENT OF INTENT TO UTILIZE DEFERRED JOINT APPENDIX

NOW COMES Kenneth Dickerson, by and through undersigned counsel, and hereby files this Statement of Intent to Utilize Deferred Joint Appendix in this appeal.

    Respectfully submitted,

*Donald M. Temple*
Donald M. Temple, Esq.
1310 L Street, N.W. Suite 750
Washington, DC 20005
202-628-1101
dtemplelaw@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of April 2022 a copy of the foregoing was served by use of the Court's Electronic Filing System, upon the following:

Stacy L. Anderson
Office of the Attorney General
For the District of Columbia
400 Sixth Street, N.W. Suite 8100
Washington, DC 20001

                                                            *Donald M. Temple*
                                                            Donald M. Temple