# In The United States Court Of Appeals
## FOR THE DISTRICT OF COLUMBIA

Case No.  22-7036

Kenneth Dickerson,

    Appellant

    v.

District of Columbia,

    Appellee

## UNDERLYING DECISION
## FROM WHICH APPEAL OR DECISION ARISES

Attached hereto as Exhibit A is the Judgment for Defendant from the United States District Court for the District of Columbia in Civil Action No. 1:09-cv-02213-PLF.  This decision became final on March 3, 2022.

                                        Respectfully submitted,

                                        *Donald M. Temple*
                                        Donald M. Temple, Esq.
                                        DONALD M. TEMPLE, P.C.
                                        1310 L Street, N.W. #750
                                        Washington, DC 20005
                                        202-628-1101
                                         Dtemplelaw@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of April 2022, a copy of the foregoing was served by use of the Court's Electronic Filing System, upon the following

Stacy L. Anderson
Office of the Attorney General
For the District of Columbia
400 Sixth Street, N.W. Suite 8100
Washington, DC 20001

*Donald M. Temple*
Donald M. Temple